UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THANH DIEN NGUYEN

Plaintiff,

v.

JOHN ASHCROFT, as Attorney General of the United States, et al.

Defendants.

CIVIL FILE NO. 01-1960 DWF/AJB

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the Application to Proceeding Without Prepayment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Application is:

☑ GRANTED

☑ The Clerk is directed to file the Complaint.

☑ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

Dated: October 29, 2001

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed OCT 29 2001
Richard Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ___________