UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1960 DWF/AJB

| | |
|---|---|
| Thanh Dien Nguyen,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ASHCROFT, as ATTORNEY GENERAL of the United States; JAMES W. ZIGLAR, as Commissioner of the U.S.Immigration Service; and CURTIS ALJETS, District Director, USINS, Bloomington, Minnesota,<br><br>Defendants. | ORDER |

This matter came before the Court on the Motion For Extension of Time by the Defendants, and no hearing thereon being necessary, it is hereby

ORDERED that the time within which the Defendants have to respond to the complaint is extended to and including February 1, 2002.

Dated: January 4, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge

JAN 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK