UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA
Civil No. 01-1960 DWF/AJB

| | |
|---|---|
| Thanh Dien Nguyen,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ASHCROFT, U.S. ATTORNEY GENERAL;<br>JAMES W. ZIGLAR, as Commissioner of the U.S. Immigration Service; and<br>CURTIS ALJETS, District Director, USINS, Bloomington, Minnesota,<br><br>Defendants. | ORDER OF DISMISSAL WITHOUT PREJUDICE |

Pursuant to the Stipulation of Dismissal filed herein, which Stipulation of Dismissal is incorporated herein by reference, it is hereby ORDERED that this action shall be dismissed without prejudice for lack of subject-matter jurisdiction, each party to bear its own attorney's fees, costs, disbursements, and expenses.

Dated: 1/16/02

DONOVAN W. FRANK
United States District Court Judge

JAN 16 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK